IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Cheryl Weller | ) | Case No. 3:21 CV 2061-DAC |
| | ) | |
| | ) | MAGISTRATE JUDGE DARRELL A. CLAY |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kuka Toledo Production Operations, LLC | | |
| Defendant. | | |

Edward J. Stechschulte
(OH 0085129)
KALNIZ IORIO & REARDON
5550 West Central Avenue
Toledo, Ohio 43615
Telephone:     419.537.4825
Facsimile:      419.535.7732
E-mail:          estechschulte@ioriolegal.com
***Attorneys for Plaintiff***

Gary S. Fealk (MI P53819)
Melissa M. Tetreau (MI P80864)
BODMAN PLC
201 W. Big Beaver Road
Suite 500
Troy, MI 48084
Telephone:     (248) 743-6000
Facsimile:      (248) 743-6002
E-mail:          gfealk@bodmanlaw.com
                    mtetreau@bodmanlaw.com
***Attorneys for Defendant***

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties:

1.     **IT IS HEREBY ORDERED** that Plaintiff's complaint and all claims asserted in this matter are dismissed with prejudice, in their entirety and without costs to any party. The Court reserves jurisdiction to enforce/interpret the parties' settlement agreement.

Date: November 21, 2022

_____
**DARRELL A. CLAY**
**UNITED STATES MAGISTRATE JUDGE**

2

**AGREED TO:**

| | |
|---|---|
| **KALNIZ, IORIO & REARDON CO., L.P.A.** | **BODMAN PLC** |
| /s/ Edward J. Stechschulte | /s/ Gary S. Fealk |
| Edward J. Stechschulte (0085129) | Gary S. Fealk (MI P53819) |
| | Melissa M. Tetreau (MI P80864) |
| 5550 W. Central Avenue | 201 W. Big Beaver, Suite 500 |
| Toledo, OH 43615 | Troy, MI 48084 |
| Phone: (419) 537-4825 | Phone: (248) 743-6002 |
| Fax: (419) 535-7732 | Fax: (248) 743-6000 |
| Email: estechschulte@iorolegal.com | Email: Gfealk@bodmanlaw.com |
| | Email: Mtetreau@bodmanlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |